# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

152321 & (83)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

QUINTIN KING,
        Defendant-Appellant.

SC: 152321
COA: 315953
Wayne CC: 11-008372-FC

_____/

On order of the Court, the motion for permission to file *pro per* supplement is GRANTED. The application for leave to appeal the July 23, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk

t0117